JOSEPHENE WYKES, PLAINTIFF AND APPELLEE, v. JOE
SMARAK, DEFENDANT AND APPELLANT.

Submitted March 20, 1913—Decided June 24, 1913.

In an appeal from the District Court, where an appellant has been
granted further time in which to have the state of the case
agreed upon or settled, and fails so to do, and within such
period neither obtains nor applies for any further extension of
time, his appeal will be dismissed.

On motion to dismiss an appeal from the First District
Court of Jersey City.

Before Justices TRENCHARD, PARKER and VOORHEES.

For the motion, *Mackay & Mackay.*

*Contra, Abraham Levitan.*

The opinion of the court was delivered by

TRENCHARD, J. On October 8th, 1912, the District Court
rendered judgment for the plaintiff, and on October 15th the
defendant gave notice of appeal and entered into bond as re-
quired by the statute. *Pamph. L.* 1910, *p.* 236; *Comp. Stat.,*
*p.* 2016, § 213a. On October 23d the trial judge, at the re-
quest of the defendant, granted ten days further time in which
to have the state of the case agreed upon or settled. *Comp.*
*Stat., p.* 2017, § 213c. This the defendant did not do, and
neither did he, within such period, obtain nor apply for any
further extension of time.

His right to prosecute the appeal is therefore at an end.
*Franz-Milton Co.* v. *Hall,* 44 *Vroom* 96; *Syring* v. *Zelenski,*
48 *Id.* 406.

The intent of the act was to secure speedy hearing of
appeals.

The appeal will be dismissed, with costs.